IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DEBRA REKIEL,<br>    *Plaintiff,*<br><br>v.<br><br>WARDLAW CONSULTING<br>SERVICES, INC,<br>    *Defendant.* | §<br>§<br>§<br>§     W-18-CV-00025-ADA<br>§<br>§<br>§<br>§ |

## VERDICT FORM

QUESTION NO. 1:

Was Defendant Wardlaw Consulting Services, Inc.'s failure to comply with the *Employment Agreement* material?

ANSWER: __Yes__ ("YES" OR "NO")


QUESTION NO. 2:

Was Plaintiff Debra Rekiel's failure to comply with the confidentiality provisions of the *Employment Agreement* material?

ANSWER: __No__ ("YES" OR "NO")


QUESTION NO. 3:

Who failed to comply with the *Employment Agreement* first?

ANSWER: _____ ("PLAINTIFF REKIEL" OR "DEFENDANT WARDLAW")

QUESTION NO. 4:

Do you find that Debra Rekiel agreed to modification of her State Farm commission structure beginning in July 2013, either expressly or by operation of law?

ANSWER: __No__ ("YES" OR "NO")

QUESTION NO. 5:

Did Debra Rekiel fail to comply with her fiduciary duties to Wardlaw Consulting Services, Inc.?

ANSWER: __Yes__ ("YES" OR "NO")

QUESTION NO. 6:

Was Debra Rekiel's breach of fiduciary duty willful?

ANSWER: __No__ ("YES" OR "NO")

QUESTION NO. 7:

What amount of additional commissions, if any, is owed to Debra Rekiel from January 27, 2014, to August 15, 2016?

ANSWER: ~~$504,000.00~~ (ANSWER IN DOLLARS AND CENTS, IF ANY)

QUESTION NO. 8:

What amount of additional commissions, if any, is owed to Debra Rekiel from January 27, 2014, to the present?

ANSWER: __$504,000.00__ (ANSWER IN DOLLARS AND CENTS, IF ANY)

QUESTION NO. 9:

What amount of money, if paid in cash, would compensate Wardlaw for Debra Rekiel's breach of fiduciary duty?

ANSWER: $0      (ANSWER IN DOLLARS AND CENTS, IF ANY)

QUESTION NO. 10:

What is the amount of income paid by Wardlaw to Debra Rekiel after August 15, 2016?

ANSWER: _____ (ANSWER IN DOLLARS AND CENTS, IF ANY)

## CERTIFICATE

We, the jury, have answered the above and foregoing questions unanimously, and herewith return the same into court as our verdict.

10-17-19
Date

[signature redacted]
Jury Foreperson